1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10 | NICHOLAS ANDREW GRAY,

                  Plaintiff,

          vs.

ANDREW SAUL,
Commissioner of Social Security,

           Defendant

      )
      )
      )
      )
      )
      )
      )
      )
      )
      )
      )

Case No.: 5:20-cv-02051-AS

{~~PROPOSED~~} ORDER AWARDING
EQUAL ACCESS TO JUSTICE ACT
ATTORNEY FEES AND EXPENSES
PURSUANT TO 28 U.S.C. § 2412(d)
AND COSTS PURSUANT TO 28
U.S.C. § 1920

     Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

     IT IS ORDERED that fees and expenses in the amount of $1,017.42 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be awarded subject to the terms of the Stipulation.

DATE: July 30, 2021

                    / s / Sagar
              _____
              THE HONORABLE ALKA SAGAR
              UNITED STATES MAGISTRATE JUDGE